**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, et al.<br>v.<br>CONSOLIDATED STEEL AND SUPPLY CO. | Case Number:<br>FILED<br>March 11, 2008   TG<br>08cv1441<br>Judge COAR<br>Magistrate Judge MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

| |
|---|
| NAME (Type or print)<br>MICHAEL J. MCGUIRE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Michael J. McGuire |
| FIRM<br>GREGORIO & ASSOCIATES |
| STREET ADDRESS<br>2 N. LASALLE ST., SUITE 1650 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290180 | TELEPHONE NUMBER<br>(312) 263-2343 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐