## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1441     Assigned/Issued By: J. N.

Judge Name: COAR     Designated Magistrate Judge: MASON

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350     Receipt #: 2604604

Date Payment Rec'd: 3-11-08     Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*
☐ Writ _____                    ☐ Other _____
    *(Type of Writ)*                       *(Type of issuance)*

1  Original and  0  copies on  3-11-08  as to  DEFENDANT
                                *(Date)*