**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 DEFINED CONTRIBUTION PENSION FUND, and the ARCHITECTURAL METAL TRAINEE SCHOOL FOR LOCAL NO. 63 AND THE IRON LEAGUE OF CHICAGO, INC. | ) ) ) ) ) ) ) ) ) | No.08 C 1441 |
| | ) | Judge Coar |
| TIMOTHY BELL, STEVEN PEPPA, RAYMOND DEAN, BRUCE MADIAR, AND RICHARD ROWE, as Trustees of the ARCHITECTURAL AND ORNAMENTAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, | ) ) ) ) ) ) ) | Magistrate Judge Mason |
| GEORGE CHRISTOS, TIMOTHY BELL, SALLY NUTINI, BRUCE MADIAR, STEVEN PEPPA, RAYMOND DEAN, as Trustees of the ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 DEFINED CONTRIBUTION PENSION FUND, | ) ) ) ) ) ) ) ) | |
| ARCHITECTURAL and ORNAMENTAL IRON WORKERS' UNION LOCAL NO. 63, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | |
| CONSOLIDATED STEEL AND SUPPLY CO., | ) ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant, Consolidated Steel and Supply Co., by its attorneys, Steven C. Filipowski and Jack L. Haan of Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C., and

for its Motion for Extension of Time to Answer or Otherwise Plead to the Complaint filed in the above-referenced matter, states as follows:

Counsel for the Defendant has not yet had an opportunity to confer with Defendant to obtain a factual basis for formulation of an answer to the complaint.

WHEREFORE, Defendant, Consolidated Steel and Supply Co., requests that the Court grant it an extension of time of thirty (30) days within which to answer or otherwise plead to the Complaint filed herein and any further relief the Court deems equitable and just.

      Respectfully submitted,

      CONSOLIDATED STEEL AND SUPPLY CO.


By:    s/Steven C. Filipowski
       One of Its Attorneys

Steven C. Filipowski, #0804045
Jack L. Haan, #06210936
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 North Wacker Drive
Suite 2900
Chicago, IL 60606-3192
(312) 621-4400
Attorneys for Defendant

2