IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 DEFINED CONTRIBUTION PENSION FUND, and the ARCHITECTURAL METAL TRAINEE SCHOOL FOR LOCAL NO. 63 AND THE IRON LEAGUE OF CHICAGO, INC., et al.,<br><br>        Plaintiffs,<br>v.<br><br>CONSOLIDATED STEEL AND SUPPLY CO.,<br>        Defendant. | No. 08 C 1441<br><br>Judge Coar<br><br>Magistrate Judge Mason |

## NOTICE OF MOTION

**TO:** Mr. Frank Marco
Gregorio & Associates
2 North Michigan Avenue Suite 1650
Chicago, IL 60602

On April 10, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David Coar in Courtroom 1419 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present **Defendants' Motion for Extension of Time to Answer or Otherwise Plead.**

Steven C. Filipowski, #0804045
Jack L. Haan, #06210936
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 North Wacker Drive - Suite 2900
Chicago, Illinois 60606
(312) 621-4400
Attorney for Defendant

## PROOF OF SERVICE

I, the undersigned (attorney/~~non-attorney~~), certify that I filed this notice by way of via electronic filing on April 4, 2008.

                                                                s/Steven C. Filipowski
                                                                Steven C. Filipowski