# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Architectural Iron Workers' Local No. 63 Welfare Fund, et al.

                    Plaintiff,

v.

                    Case No.: 1:08−cv−01441

                    Honorable David H. Coar

Consolidated Steel and Supply Co.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2008:

    MINUTE entry before Judge Honorable David H. Coar:MOTION by Defendant Consolidated Steel and Supply Co. for extension of time to answer or otherwise plead[7] is granted. Defendant to answer or plead on or before May 12, 2008. Parties need not appear on the noticed motion date of 4/10/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.