IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' UNION LOCAL NO. 63 WELFARE PLAN, et.al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Judge Coar ) Case No.: 08C1441 ) |
| CONSOLIDATED STEEL AND SUPPLY CO. | ) ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL

To:   Mr. Steven C. Filipowski
      Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
      20 North Wacker Drive – Suite 2900
      Chicago, IL 60606

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Procedure 41(a)(1), Plaintiff is hereby voluntarily dismissing this action without prejudice and filing a notice of dismissal prior to service by the adverse party of an Answer or of a Motion for Summary Judgment.


                                                              s/ Frank A. Marco
                                                                Attorney for the Plaintiff

Frank A. Marco
GREGORIO & ASSOCIATES
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343

STATE OF ILLINOIS)
                       ) SS
COUNTY OF COOK )

   Janine Ricker, being first duly sworn on oath, deposes and says that she served the Notice of Dismissal by depositing in the U.S. mail at Two North LaSalle Street, Chicago, IL, a true and correct copy thereof in a sealed envelope to addressed to the following person on the 11th day of July, 2008:

     Mr. Steven C. Filipowski
     Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
     20 North Wacker Drive – Suite 2900
     Chicago, IL 60606

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

                                 By: s/ Janine Ricker